JAMES S. GRAHAM et al., Respondents, *v.* JAMES B. FISHER et al., Appellants, Impleaded with Another.

(Submitted September 28, 1936; decided September 30, 1936.)

*Samuel Okin for motion.*

*Joseph Diehl Fackenthal and Bruce E. Grunden opposed.*

Motion denied, with leave to renew on argument of appeal.